Based on the foregoing, it is ordered that BellSouth's motion is granted in part, and denied in part, as set forth herein.

SO ORDERED this 4th day of June, 2009.

/s/ Tom. S. Lee
UNITED STATES DISTRICT JUDGE